| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | CR-10-01582 -001-TUC-CKJ(CRP) |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00201-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| KRYSTAL LOPEZ | District Of Arizona | Tucson |
| | NAME OF SENTENCING JUDGE | |
| | Cindy K. Jorgenson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/26/2012 | TO 11/25/2015 |

**OFFENSE**

Title 21, U.S.C. §841 (a)(1) and (b)(1)(D), Possession with Intent to Distribute Marijuana, a Class D Felony offense, as charged in Count 2 of the Indictment.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1-2-13_
Date

Honorable Cindy K Jorgenson
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF TENNESSEE</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-9-13_
Effective Date

Honorable
United States District Judge